IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 16-018 (CCC) |
| ) | |
| MORA Development Corporation,  ) | |
| ) | |
| Defendant  ) | |

## MOTION TO INFORM AMENDMENT TO THE PLEA AGREEMENT

The United States of America (United States) through its undersigned attorneys, together with the defendant, MORA Development Corporation (MORA) respectfully advise the Court that the parties have agreed to amend paragraph thirteen (13) of the plea agreement.

Accordingly, paragraph now reads:

*13. Waiver of Right to Appeal and Collateral Attack*: Defendant MORA acknowledges that under certain circumstances it is entitled to appeal its conviction and sentence. Subject to the conditions herein, it is specifically agreed that neither the Government nor the defendant will appeal or collaterally attack in any proceeding the conviction or sentence imposed by the Court on defendant, even if the Court calculates the sentence or sentencing range by a guideline analysis different from that specified in this plea agreement or anticipated by either party. Except that both the government and the defendant reserve the right to appeal the Court's determination of the ability to pay a fine. Defendant MORA expressly acknowledges that it is waiving its right with respect to future challenges to its conviction or sentence knowingly and intelligently.

AGREED TO AND ACCEPTED, this 16th day of ~~January~~ February 2016.

On authority from the Board of Directors.

By: _____
CLEOFE RUBI-GONZALEZ
President,
MORA Development Corporation

_____
DIEGO ALACALA, Esquire
Attorney for the defendant:
MORA Development Corporation

ROSA EMILIA RODRIGUEZ
United States Attorney
District of Puerto Rico

_____
HOWARD P. STEWART
Environmental Crimes Section
U.S. Department of Justice
P.O. Box 23985
L'Enfant Plaza Station
Washington, DC 20026
(202) 305-0334
howard.stewart@usdoj.gov

DATED: 16 ~~January~~ 2016
February